UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHARLES MAIER,<br><br>                    Plaintiff,<br><br>     v.<br><br>BILL ELFO et al.,,<br><br>                    Defendant. | CASE NO. 2:19-cv-02077-RSM-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE CURRENT ADDRESS** |

Plaintiff proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2020, the Court mailed plaintiff a copy of an order dismissing some of his claims and referring the remaining claims to the undersigned. Dkt. 13. On February 27, 2020, the Court's order was returned as undeliverable. Dkt. 14.

Under Local Rule 41:

> [i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or current mailing . . . address, the court may dismiss the action without prejudice for failure to prosecute.

LCR 41(b)(2). Since the court's order was returned as undeliverable, plaintiff has not provided an updated address to the Court. If plaintiff fails to update his address with the Court by April 29, 2020, the undersigned will recommend dismissal of this action without prejudice pursuant to Local Rule 41(b)(2) for failure to prosecute.

ORDER DIRECTING PLAINTIFF TO
PROVIDE CURRENT ADDRESS - 1

The Clerk is directed to send a copy of this order to defendants and to plaintiff's last known address on file with the Court.

DATED this 15th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
PROVIDE CURRENT ADDRESS - 2