UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CHARLES MAIER,

      Plaintiff,

  v.

BILL ELFO et al.,

      Defendant.

CASE NO. 2:19-cv-02077-RSM-BAT

**REPORT AND
RECOMMENDATION**

   Plaintiff proceeds *pro se* and *in forma pauperis* in this civil rights action brought under

42 U.S.C. § 1983. On February 19, 2020, the Court mailed plaintiff a copy of an order

dismissing some of his claims and referring the remaining claims to the undersigned. Dkt. 13. On

February 27, 2020, the Court's order was returned as undeliverable. Dkt. 14.

   Under Local Rule 41:

> [i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and
> if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of
> his or current mailing . . . address, the court may dismiss the action without prejudice for
> failure to prosecute.

LCR 41(b)(2). On April 15, 2020, the Court issued an order directing plaintiff to update his

address no later than April 29, 2020, or the case may be dismissed. Since the issuance of this

order, plaintiff has not provided an updated address to the Court or had any contact with the

Court. The Court accordingly recommends pursuant to Local Rule 41(b)(2) this case be

REPORT AND RECOMMENDATION - 1

1    dismissed without prejudice. In the event plaintiff submits a new address within the time allotted

2    to object to this report and recommendation, the matter should be re-referred to the Honorable

3    Brian Tsuchida for further proceedings.

4    **OBJECTIONS AND APPEAL**

5         This Report and Recommendation is not an appealable order.  Therefore, plaintiff should

6    not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the

7    assigned District Judge enters a judgment in the case.

8         Objections, however, may be filed and served upon all parties no later than **May 14,**

9    **2020.**  The Clerk should note the matter for **May 15, 2020**, as ready for the District Judge's

10   consideration if no objection is filed.  If objections are filed, any response is due within 14 days

11   after being served with the objections.  A party filing an objection must note the matter for the

12   Court's consideration 14 days from the date the objection is filed and served.  The matter will

13   then be ready for the Court's consideration on the date the response is due.  Objections and

14   responses shall not exceed 4 pages.  The failure to timely object may affect the right to appeal.

15        DATED this 30th day of April, 2020.

16

17                         _____
                           BRIAN A. TSUCHIDA

18                         Chief United States Magistrate Judge

19

20

21

22

23

REPORT AND RECOMMENDATION - 2